IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RUBEN MITCHELL,

      Plaintiff,                                          10cv1588

                                                        **ELECTRONICALLY**

     v.                                                        **FILED**

ELISA LONG

      Defendant.

## Order of Court

And now, this 26th day of August, 2011, it is HEREBY ORDERED that the Report and Recommendations [8] is ADOPTED as the Opinion of this Court, after hearing no objections from Plaintiff (objections were due by 8/19/2011).

The Clerk shall mark the docket closed.

                                           **SO ORDERED** this 26th day of August, 2011.

                                           s/Arthur J. Schwab
                                           Arthur J. Schwab
                                           United States District Judge

cc:   All Registered ECF Counsel and Parties

Ruben Mitchell
CCA/NEOCC
2240 Hubbard Road
Youngstown, OH 44505
PRO SE PLAINITFF