IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RUBEN MITCHELL,

    Plaintiff,

v.

ELISA LONG

    Defendant.

10cv1588
**ELECTRONICALLY FILED**

## Order of Court

And now, this 26th day of August, 2011, it is HEREBY ORDERED that the Report and Recommendations [8] is ADOPTED as the Opinion of this Court, after hearing no objections from Plaintiff (objections were due by 8/19/2011).

The Clerk shall mark the docket closed.

**SO ORDERED** this 26th day of August, 2011.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: All Registered ECF Counsel and Parties

Ruben Mitchell
CCA/NEOCC
2240 Hubbard Road
Youngstown, OH 44505
PRO SE PLAINITFF